AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## *Southern District of Georgia*

CHINA LONON,

JUDGMENT IN A CIVIL CASE

**v.**

CASE NUMBER: 4:25-CV-00277

JOSHUA JONES,

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

### IT IS ORDERED AND ADJUDGED

that, pursuant to the Order of this Court dated May 20, 2026, the Report and Recommendation of the Magistrate Judge is adopted. Petitioner's Amended Petition is dismissed. The Court discerns no COA-worthy issues at this stage of the litigation, so no COA should issue and in forma pauperis status on appeal is denied. This case stands closed.



5/20/2026

*Date*

John E. Triplett, Clerk of Court

*Clerk*

*(By) Ann Duke, Deputy Clerk*

GAS Rev 10/2020